FILED
JUN 0 7 200(
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP. CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CV-420-BO(3)

| | |
|---|---|
| GINGER E. HUBER, | ) |
|       *Plaintiff*, | ) DEFENDANT HARPER'S |
| | ) MOTION TO DISMISS, |
| v. | ) Fed. R. Civ. Proc. 12(b)(2),(4), & (5) |
| | ) |
| NORTH CAROLINA STATE UNIVERSITY; | ) |
| RALPH HARPER; JEFF MANN; GEORGE L. | ) |
| WORSLEY; DAVE RAINER, | ) |
| | ) |
|       *Defendants*. | ) |

NOW COMES Defendant Ralph Harper, by and through his undersigned counsel, Roy Cooper, Attorney General of North Carolina, William McBlief, Assistant Attorney General, and Deborrah L. Newton, Assistant Attorney General, and moves this Honorable Court pursuant to Federal Rules of Civil Procedure 12(b)(2),(4), & (5) to dismiss the instant complaint for Plaintiff's failure to properly serve the Complaint, resulting in failure of this Court's personal jurisdiction over Defendant Harper. In support thereof, Defendant Harper would allege and say:

(1) Plaintiff failed to properly serve the complaint upon Defendant Harper by serving same via U.S. mail; and

(2) For lack of proper service, this Court lacks personal jurisdiction over Defendant.

**WHEREFORE**, Defendant Harper prays this Honorable Court dismiss Plaintiff's complaint against him for failure of personal jurisdiction and insufficiency of service of process.

1

**RESPECTFULLY SUBMITTED** this the 7th day of June 2001.

                                **ROY COOPER**
                                ATTORNEY GENERAL

William McBlief
Assistant Attorney General
North Carolina State Bar Number 10425

Deborrah L. Newton
Assistant Attorney General
North Carolina State Bar Number 26577
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone Number (919) 716-6545

2

## AMENDED CERTIFICATE OF SERVICE

I hereby certify as counsel for Defendants in the above-captioned matter that I have this date served a copy of the foregoing **DEFENDANT HARPER'S MOTION TO DISMISS and BRIEF IN SUPPORT OF DEFENDANT HARPER'S MOTION TO DISMISS** on the party Plaintiff by depositing same in the United States mail, first class postage prepaid, and properly addressed upon counsel for Plaintiff as follows:

Jonathan D. Sasser
Moore & Van Allen, P.L.L.C.
Post Office Box 26507
Raleigh, North Carolina 27611

Thomas J. Ziko
Special Deputy Attorney General,
Sylvia H. Thibaut *and*
Thomas O. Lawton, III
Assistant Attorneys General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Attorneys for Co-Defendants

THIS the 7th day of June 2001.

William McBlief
Assistant Attorney General